ORAL ARGUMENT NOT YET SCHEDULED

**IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | |
|---|---|
| ELENA VENNER, *et al.*,<br>　　　　　　　*Petitioners*,<br><br>　　v.<br><br>UNITED STATES<br>ENVIRONMENTAL PROTECTION<br>AGENCY, *et al.*,<br>　　　　　　　*Respondents*. | Case No. 26-1038<br>Lead Case No. 26-1037<br>(and consolidated cases) |

**PETITIONERS' AMENDED MOTION FOR EXTENSION OF TIME TO
FILE REPLY IN SUPPORT OF MOTION TO STAY THE REPEAL RULE
PENDING REVIEW**

Pursuant to Federal Rule of Appellate Procedure 27 and Circuit Rule 27(g), Petitioners in Case No. 26-1038 respectfully request a ten-day extension—through July 16, 2026—of the deadline to file a Reply in support of their Motion to Stay the Repeal Rule Pending Review ("Motion for Stay"), ECF No. 2174285. This amended motion is timely filed six days before Petitioners' Reply brief is due. Circuit Rule 27(g)(1). Petitioners in Case Nos. 26-1039 and 26-1043 consent to the motion. Petitioners in Case Nos. 26-1037, 26-1051, 26-1061, 26-1083, and 26-1090 do not oppose the motion. Respondent EPA opposes the motion and does not intend to file a response to the motion. Intervenor-Respondents take no position on the motion.

1

1.     On May 14, 2026, Petitioners filed a Motion to Exceed Length Limit for their Motion for Stay ("Overlength Motion"), ECF 2173467. The Overlength Motion was not immediately ruled upon.

2.     On May 20, 2026, Petitioners lodged an overlength Motion for Stay to preserve the legal status quo during this litigation. The motion was lodged, not filed, pending resolution of their Overlength Motion.

3.     On June 17, 2026, this Court granted Petitioners' Overlength Motion. It further ordered all Responses to the Motion for Stay to be due June 29, 2026, and the Reply in Support of the Motion for Stay to be due July 6, 2026.

4.     On June 23, 2026, Petitioners filed a Motion for Extension of Time to file the Reply in support of the Motion for Stay. That Motion for Extension of Time, ECF 2180156, is amended here.

5.     On June 29, 2026, Respondents filed three briefs, six declarations, and three additional exhibits in opposition to Petitioners' Motion for Stay.

6.     Between the Motion for Stay's lodging and service on all parties on May 20 and the deadline on June 29 for Responses to that motion, Respondents and Intervenor-Respondents had 40 days to prepare their Responses, compared to the 10 days ordinarily provided by rule. Fed. R. App. P. 27(3)(A); Circuit Rule 27(h).

7.     Between the seven days from the deadline for Responses to the Motion for Stay on June 29 and the deadline for Petitioners' Reply on July 6, Petitioners'

lead counsel, who is responsible for the Reply, will be unavailable for the entire seven-day reply period at a long-planned family trip that cannot proceed without her. *See* Exhibit A (Olson Decl.) ¶¶ 4, 7-8. Two of Petitioners' counsel are entirely unavailable during this period due to an impending trial, and others have competing briefing deadlines limiting their availability. *See id.* ¶ 9. This seven-day period additionally includes the 250th Federal Independence Day holiday. During the three-day holiday weekend, counsel for undersigned Petitioners, Petitioners, and their experts will have limited availability due to previously scheduled family engagements. *See id.* ¶¶ 8, 10.

8. For the reasons explained more fully in Exhibit A, Olson Decl., a ten day extension is needed to provide Petitioners' counsel with sufficient time to prepare their Reply to Respondents' three briefs and six declarations.

9. A ten day extension will not be prejudicial to Respondents because it is modest in comparison with the 40 days Responding parties have had to prepare their Responses. The requested extension will not unduly delay the timing of the case's procession to merits briefing, which is currently deferred by order of this Court pending resolution of multiple procedural and dispositive motions. *See* ECF No. 2169939. Thus, granting Petitioners' short extension request will not delay the timing of the resolution of this case, and will better assist the Court's decision on Petitioners' Motion to Stay.

3

For the foregoing reasons, Petitioners respectfully request that this Court grant an extension through July 16, 2026, for Petitioners to file a single reply in support of their Motion to Stay.

Dated: June 30, 2026

Respectfully submitted,

*/s/ Julia A. Olson*
Julia A. Olson (D.C. Cir. Bar 54969)
Andrea Rodgers (D.C. Cir. Bar 66983)
Nathan Bellinger
Laura Mebert
OUR CHILDREN'S TRUST
1216 Lincoln Street
Eugene, OR 97401
(415) 786-4825
julia@ourchildrenstrust.org
andrea@ourchildrenstrust.org
nate@ourchildrenstrust.org
laura_m@ourchildrenstrust.org

Daniel C. Snyder (D.C. Cir. Bar 66846)
Haley Nicholson (D.C. Cir. Bar 65084)
PUBLIC JUSTICE
1620 L Street NW, Suite 630
Washington, DC 20036
(202) 797-8600
dsnyder@publicjustice.net
hnicholson@publicjustice.net

*Counsel for Petitioners*

4

## CERTIFICATE OF COMPLIANCE

Pursuant to Fed. R. App. P. 32(g), I certify that this filing complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 625 words, excluding the parts exempted by Fed. R. App. P. 32(f).

This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. 32(a)(6) because this document has been prepared in a monospaced typeface using Microsoft Word with 14-point Times New Roman font.

*/s/ Julia A. Olson*
Julia A. Olson

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the D.C. Circuit by using the appellate CM/ECF system on June 30, 2026. I certify that all participants in this case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Julia A. Olson*
Julia A. Olson