ORAL ARGUMENT NOT YET SCHEDULED

**IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | |
|---|---|
| ELENA VENNER, *et al.*,<br>　　　　　　　*Petitioners*,<br><br>　　　v.<br><br>UNITED STATES<br>ENVIRONMENTAL PROTECTION<br>AGENCY, *et al.*,<br>　　　　　　　*Respondents*. | Case No. 26-1038<br>Lead Case No. 26-1037<br>(and consolidated cases) |

**PETITIONERS' MOTION TO EXCEED LENGTH LIMIT
FOR COMBINED REPLY IN SUPPORT OF MOTION FOR STAY**

Pursuant to Federal Rule of Appellate Procedure 27 and Circuit Rule 27(g), Petitioners respectfully move this Court to exceed the word limitation by 1,400 words for their forthcoming Combined Reply brief in support of their Motion to Stay the Repeal Rule Pending Review ("Motion for Stay"), ECF 2174285. Petitioners in Case No. 26-1039 do not oppose the motion. Petitioners in Case Nos. 26-1037, 26-1043, 26-1051, 26-1061, and 26-1083 take no position on the motion. Respondent EPA opposes the motion and does not intend to file a response to the motion. Intervenor-Respondents take no position on the motion. Undersigned counsel was unable to secure a position from Petitioners in Case No. 26-1090 and Intervenor-Respondents American Fuel & Petrochemical Manufacturers and Energy Marketers

of America. This motion is timely filed 7 days before Petitioners' July 16 deadline to file a Reply, ECF 2182375. Circuit Rule 27(g)(1).

Good cause and extraordinary compelling reasons support this motion due to the fact that Petitioners intend to file one combined Reply brief (not to exceed 4,000 words) in response to three separate opposition briefs filed by Respondents. ECF 2180903, 2181086, 2181103. The opposition briefs raise a total of approximately sixty (60) different arguments, given the unique nature of Petitioners' constitutional claims and consequences that arise from the challenged rule at issue. 91 Fed. Reg. 7686 (Feb. 18, 2026). Responding to these arguments in a concise and efficient manner in one consolidated reply brief will take more space than allotted for a single reply brief under Federal Rule of Appellate Procedure 27(d)(2)(C).

Petitioners are 18 youth whose lives, health, safety, religious exercise, economic well-being, property, and liberties will be directly, imminently, and irretrievably harmed by EPA's Final Rule. ECF 2174285 at 25-28. Youth Petitioners challenge EPA's rule under the First, Fifth, and Tenth Amendments to the United States Constitution, as well as under the Religious Freedom Restoration Act, 42 U.S.C. § 2000bb-1. ECF 2159916. Rebutting Respondents' 60 arguments, many of which raise fact-intensive challenges to Petitioners' standing and to the merits of their life, liberty, and religious exercise claims, will require more space than allotted by Federal Rule of Appellate Procedure 27(d)(2)(C).

For the foregoing reasons, Petitioners respectfully request that this Court grant Petitioners leave to exceed the length limit in Federal Rule of Appellate Procedure 27(d)(2)(C) by 1,400 words—not to exceed 4,000 words— in their forthcoming Combined Reply in support of Motion to Stay.

Respectfully submitted,

*/s/ Andrea Rodgers*
Andrea Rodgers (D.C. Cir. Bar 66983)
Julia A. Olson (D.C. Cir. Bar 54969)
Nathan Bellinger
Laura Mebert
OUR CHILDREN'S TRUST
1216 Lincoln Street
Eugene, OR 97401
(415) 786-4825
andrea@ourchildrenstrust.org
julia@ourchildrenstrust.org
nate@ourchildrenstrust.org
laura_m@ourchildrenstrust.org

Daniel C. Snyder (D.C. Cir. Bar 66846)
Haley Nicholson (D.C. Cir. Bar 65084)
PUBLIC JUSTICE
1620 L Street NW, Suite 630
Washington, DC 20036
(202) 797-8600
dsnyder@publicjustice.net
hnicholson@publicjustice.net

*Counsel for Petitioners*

3

## CERTIFICATE OF COMPLIANCE

Pursuant to Fed. R. App. P. 32(g), I certify that this filing complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 414 words, excluding the parts exempted by Fed. R. App. P. 32(f).

This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. 32(a)(6) because this document has been prepared in a monospaced typeface using Microsoft Word with 14-point Times New Roman font.

*/s/ Andrea Rodgers*
Andrea Rodgers (D.C. Cir. Bar 66983)

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the D.C. Circuit by using the appellate CM/ECF system on July 9, 2026, which will serve each party.

*/s/ Andrea Rodgers*
Andrea Rodgers (D.C. Cir. Bar 66983)