IN THE UNITED STATES COURT OF APPEALS FOR
THE DISTRICT OF COLUMBIA CIRCUIT

_____
)
AMERICAN PUBLIC HEALTH )
ASSOCIATION, et al., )
)
    Petitioners, )
)
    v. ) Case No. 26-1037
)
UNITED STATES ENVIRONMENTAL )
PROTECTION AGENCY and LEE )
ZELDIN, Administrator, U.S. )
Environmental Protection Agency, )
)
    Respondents. )
_____)

# RULE 26.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1 and D.C. Circuit Rule 26.1, Petitioners in the above-captioned case make the following disclosures:

American Public Health Association is a non-profit corporation organized under the laws of the Commonwealth of Massachusetts that represents more than 23,000 individual members and speaks out for public health issues and policies backed by science. American Public Health Association does not have any parent corporations, and no publicly held corporation has a ten percent or greater ownership interest in American Public Health Association.

Alliance of Nurses for Healthy Environments is a non-profit corporation organized under the laws of the State of Maryland, whose mission is to support nurses in promoting planetary health and equity globally by educating and leading the nursing profession, advancing research, incorporating planet-safe practice, and influencing policy. Alliance of Nurses for Healthy Environments does not have any parent corporations, and no publicly held corporation has a ten percent or greater ownership interest in Alliance of Nurses for Healthy Environments.

American Lung Association is a non-profit corporation organized under the laws of the State of Maine, whose mission is to save lives by improving lung health and preventing lung disease through education, advocacy, and research. American Lung Association does not have any parent corporations, and no publicly held corporation has a ten percent or greater ownership interest in American Lung Association.

Center for Biological Diversity is a non-profit corporation organized under the laws of the State of Arizona, whose mission is to ensure the preservation, protection, and restoration of biodiversity, native species, ecosystems, public lands and waters, and public health through science, policy, and environmental law. Center for Biological Diversity does not have any parent corporations, and no publicly held corporation has a ten percent or greater ownership interest in Center for Biological Diversity.

Center for Community Action and Environmental Justice is a non-profit corporation organized under the laws of the State of California, whose mission is to embody hope, unite people y pueblos, and to create intersectional solutions that transform communities by bringing people together to improve their social and natural environment. Center for Community Action and Environmental Justice does not have any parent corporations, and no publicly held corporation has a ten percent or greater ownership interest in Center for Community Action and Environmental Justice.

Clean Air Council is a non-profit corporation organized under the laws of the State of Pennsylvania, dedicated to protecting and defending everyone's right to a healthy environment, including everyone's right to breathe clean air. Clean Air Council does not have any parent corporations, and no publicly held corporation has a ten percent or greater ownership interest in Clean Air Council.

Clean Wisconsin is a non-profit corporation organized under the laws of the State of Wisconsin, whose mission is to protect Wisconsin's air, water, and special places by being an effective voice in the legislature, state and federal agencies, and the courts. Clean Wisconsin does not have any parent corporations, and no publicly held corporation has a ten percent or greater ownership interest in Clean Wisconsin.

Conservation Law Foundation is a non-profit corporation organized under the laws of the Commonwealth of Massachusetts, whose mission is to protect New England's environment for the benefit of all people by using the law, science and the market to create solutions that preserve our natural resources, build healthy communities, and sustain a vibrant economy. Conservation Law Foundation does not have any parent corporations, and no publicly held corporation has a ten percent or greater ownership interest in Conservation Law Foundation.

Environmental Defense Fund is a non-profit corporation organized under the laws of the State of New York, dedicated to finding practical solutions to critical environmental problems through the use of law, policy, science, and economics. Environmental Defense Fund does not have any parent corporations, and no publicly held corporation has a ten percent or greater ownership interest in Environmental Defense Fund.

Environmental Law & Policy Center is a non-profit corporation organized under the laws of the State of Illinois, dedicated to action and advocacy for improving environmental quality—including air quality—and protecting natural resources. Environmental Law & Policy Center does not have any parent corporations, and no publicly held corporation has a ten percent or greater ownership interest in Environmental Law & Policy Center.

Friends of the Earth is an environmental non-profit corporation organized under the laws of the District of Columbia, whose mission is to defend the environment and create a healthy and just world. Friends of the Earth does not have any parent corporations, and no publicly held corporation has a ten percent or greater ownership interest in Friends of the Earth.

Natural Resources Defense Council, Inc., is a non-profit corporation organized under the laws of the State of New York, whose purpose is to safeguard the Earth – its people, its plants and animals, and the natural systems on which all life depends. Natural Resources Defense Council does not have any parent corporations, and no publicly held corporation has a ten percent or greater ownership interest in Natural Resources Defense Council.

Physicians for Social Responsibility is a non-profit corporation organized under the laws of the District of Columbia, whose mission is to work to protect human life from the gravest threats to health and survival, guided by the values and expertise of medicine and public health. Physicians for Social Responsibility does not have any parent corporations, and no publicly held corporation has a ten percent or greater ownership interest in Physicians for Social Responsibility.

Public Citizen is a non-profit corporation organized under the laws of the District of Columbia, dedicated to advancing health and safety, consumer protection, and the environment, among other things. Public Citizen does not have

any parent corporations, and no publicly held corporation has a ten percent or greater ownership interest in Public Citizen.

Rio Grande International Study Center ("RGISC," pronounced "risk") is a chartered non-profit organization headquartered in Laredo, Texas, and founded in January 1994. RGISC is a frontline environmental advocacy group dedicated to using science, data, people power, and creative actions to preserve and protect, among other things, the people of the Rio Grande-Rio Bravo watershed. RGISC pushes for a positive vision of our South Texas border region via research, public awareness campaigns, grassroots building, signature community events, and advocacy for local ordinances and policy making. Rio Grande International Study Center does not have any parent corporations, and no publicly held corporation has a ten percent or greater ownership interest in Rio Grande International Study Center.

Sierra Club is a non-profit corporation organized under the laws of the State of California, whose mission is to explore, enjoy, and protect the planet; to practice and promote the responsible use of the earth's ecosystems and resources; to educate and enlist humanity to protect and restore the quality of the natural and human environment; and to use all lawful means to carry out those objectives. Sierra Club does not have any parent corporations, and no publicly held corporation has a ten percent or greater ownership interest in Sierra Club.

The Union of Concerned Scientists ("UCS") is a not-for-profit membership organization based in Cambridge, Massachusetts. UCS puts rigorous, independent science into action, developing solutions and advocating for a healthy, safe, and just future. UCS represents the interests of the scientific community in advancing science in public policy, and advocates for the role of science and scientists in federal policymaking and in civil society. UCS does not have any parent corporations, and no publicly held corporation has a ten percent or greater ownership interest UCS.

DATED:  February 20, 2026

Respectfully submitted,

/s/ *Chloe H. Kolman*

| | |
|---|---|
| Rachel Heron | Chloe H. Kolman |
| Abirami Vijayan | Megan M. Herzog |
| David Doniger | Sean H. Donahue |
| Julia Forgie | Keri R. Davidson |
| Meredith Hankins | Donahue, Goldberg & Herzog |
| Natural Resources Defense Council | 1008 Pennsylvania Ave., SE |
| | Washington, D.C.  20003 |
| 1152 15th Street NW, Suite 300 | (202) 372-5270 (Kolman) |
| Washington, D.C.  20005 | chloe@donahuegoldberg.com |
| (202) 836-9329 (Heron) | megan@donahuegoldberg.com |
| rheron@nrdc.org | sean@donahuegoldberg.com |
| avijayan@nrdc.org | keri@donahuegoldberg.com |
| ddoniger@nrdc.org | |
| jforgie@nrdc.org | Vickie L. Patton |
| mhankins@nrdc.org | Peter Zalzal |
| | Alice Henderson |
| *Counsel for Petitioner Natural Resources Defense Council* | Stephanie Jones |
| | Ryland Shengzhi Li |
| | Environmental Defense Fund |
| | 2060 Broadway St., Ste. 300 |

Boulder, Colorado 80302
(303) 447-7214
vpatton@edf.org
pzalzal@edf.org
ahenderson@edf.org
sjones@edf.org
ryli@edf.org

*Counsel for Petitioner Environmental Defense Fund*

Jason Rylander
David Pettit
Lauren Parker
Center for Biological Diversity
1411 K Street NW, Suite 1300
Washington, D.C. 20005
(510) 844-7100 (Pettit)
dpettit@biologicaldiversity.org

*Counsel for Petitioner Center for Biological Diversity*

Veronica Saltzman (D.C. Cir. Bar 64096)
Francis W. Sturges, Jr. (D.C. Cir. Bar 64964)
Shaun A. Goho (D.C. Cir. Bar 54655)
Clean Air Task Force
114 State Street, 6th Floor
Boston, MA 02109
(617) 624-0234
vsaltzman@catf.us

*Counsel for Petitioners American Public Health Association, Alliance of Nurses for Healthy Environments, American Lung Association, and Clean Wisconsin*

James Crowley
Conservation Law Foundation
235 Promenade Street
Suite 560, Mailbox 28
Providence, RI 02908
(401) 228-1905
jcrowley@clf.org

*Counsel for Petitioner Conservation Law Foundation*

Hana V. Vizcarra
Marvin C. Brown IV
Earthjustice
1250 I Street NW, 4th Floor
Washington, D.C. 20005
(202) 667-4500
hvizcarra@earthjustice.org
mcbrown@earthjustice.org

*Counsel for Petitioners Center for Community Action and Environmental Justice, Clean Air Council, Friends of the Earth, Physicians for Social Responsibility,*

8

*Rio Grande International Study Center, and Union of Concerned Scientists*

| | |
|---|---|
| Brian H. Lynk<br>(D.C. Bar No. 459525)<br>Environmental Law & Policy Center<br>740 15th Street NW, Suite 700<br>Washington, D.C. 20005<br>(240) 461-4241<br>blynk@elpc.org<br><br>*Counsel for Petitioner*<br>*Environmental Law & Policy Center* | Adina H. Rosenbaum<br>Allison M. Zieve<br>Public Citizen Litigation Group<br>1600 20th Street NW<br>Washington, D.C. 20009<br>(202) 588-1000<br>arosenbaum@citizen.org<br><br>*Counsel for Petitioner Public Citizen* |

Andres Restrepo
Joshua Berman
Sierra Club
50 F Street NW, Eighth Floor
Washington, D.C. 20001
(856) 240-0964 (Restrepo)
andres.restrepo@sierraclub.org
josh.berman@sierraclub.org

Vera Pardee
726 Euclid Avenue
Berkeley, CA 94708
(858) 717-1448
pardeelaw@gmail.com

*Counsel for Petitioner Sierra Club*

**CERTIFICATE OF SERVICE**

I hereby certify on this 20th day of February, 2026, that the foregoing Rule 26.1 Disclosure Statement has been filed with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit, using the CM/ECF System. The participants in the case are registered CM/ECF users and service will be accomplished by the appellate CM/ECF system.

/s/ *Chloe H. Kolman*
Chloe H. Kolman