# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 26-1037**                                              **September Term, 2025**

EPA-91FR7686

Filed On: February 23, 2026 [2160363]

American Public Health Association, et al.,

     Petitioners

    v.

Environmental Protection Agency and Lee
M. Zeldin, Administrator, U.S.
Environmental Protection Agency,

     Respondents

------------------------------

Consolidated with 26-1038, 26-1039

## O R D E R

It is **ORDERED**, on the court's own motion, that these cases be consolidated. Petitioner in case No. 26-1039 is directed to file the following document(s) by the indicated date(s):

| | |
|---|---|
| Docketing Statement Form | March 25, 2026 |
| Statement of Issues to be Raised | March 25, 2026 |

                                                   **FOR THE COURT:**
                                                   Clifton B. Cislak, Clerk
                                  BY:   /s/
                                                     Emily K. Campbell
                                                   Deputy Clerk

The following forms and notices are available on the Court's website:

Agency Docketing Statement Form