# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 26-1037**

**September Term, 2025**

**EPA-91FR7686**

**Filed On:** July 29, 2026

American Public Health Association, et al.,

       Petitioners

    v.

Environmental Protection Agency and Lee M. Zeldin, Administrator, U.S. Environmental Protection Agency,

       Respondents

------------------------------

American Free Enterprise Chamber of Commerce, et al.,

       Intervenors

------------------------------

Consolidated with 26-1038, 26-1039, 26-1043, 26-1051, 26-1061, 26-1083, 26-1090

      **BEFORE:**    Rao and Childs, Circuit Judges

## O R D E R

Upon consideration of the motion to exceed word limits and the lodged reply in support of the motion for stay, it is

**ORDERED** that the motion to exceed word limits be granted. The Clerk is directed to file the lodged reply.

## Per Curiam

      **FOR THE COURT:**
      Clifton B. Cislak, Clerk

    BY:    /s/
         Selena R. Gancasz
         Deputy Clerk